## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

RENATE MOORE, on behalf of herself and
others similarly situated,

        Plaintiff,

   v.

SPACE COAST CREDIT UNION,

        Defendant.

Case No.  23-cv-60659-KMM

---

## JOINT NOTICE OF SETTLEMENT

Please take notice that plaintiff Renate Moore ("Moore") and defendant Space Coast Credit Union ("Space Coast"), by and through their respective attorneys, have reached an individual settlement of all claims against Space Coast. The parties are in the process of documenting the settlement and they anticipate completing the process, including filing a stipulation for dismissal, within forty-five (45) days. The parties respectfully request that the Court stay the action and vacate all remaining dates in light of the settlement.

Dated: August 16, 2023

/s/ Aaron Radbil (with permission)

Jesse S. Johnson
Michael L. Greenwald
Aaron D. Radbil
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
jjohnson@gdrlawfirm.com
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com

Dated: August 16, 2023

/s/ Moises T. Grayson

Moises T. Grayson
Florida Bar No. 369519
BLAXBERG   GRAYSON   KUKOFF   &
FORTEZA PA
25 SE 2nd Ave, Suite 730
Miami, Florida 33131
Telephone: 305-379-2300
moises.grayson@blaxgray.com

Stuart M. Richter, Esq. (*pro hac vice*)

158549895

Counsel for Plaintiff and the proposed class

KATTEN MUCHIN ROSENMAN, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
stuart.richter@katten.com

Counsel for Defendant Space Coast Credit Union

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 16th day of August 2023, I caused to be served a true and correct copy of the foregoing paper to be filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Electronic Filing generated by CM/ECF on all counsel of record.


By:   */s/ Moises T. Grayson*